RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/08/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| VIRGINIA FONTENOT, ET AL. | CIVIL ACTION NO. 09-0855 |
| VS. | JUDGE DOHERTY |
| TOWN OF MAMOU, ET AL. | MAGISTRATE JUDGE HILL |

### RULING ON MOTION TO REMAND

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed here, and further considering the objection filed by the defendant, and this Court concurring with the Magistrate's Judge's findings under the applicable law,

IT IS ORDERED that the Motion to Remand [Doc. 9] filed by the plaintiff is GRANTED, and this matter is remanded to the 13th Judicial District Court for all further proceedings.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___7___ day of December, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 12/8/09
BY
TO